UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2016 NOV 30  PM 1:53

```
                                    x
                                    :
MOHAMAD ELREDA                      :
            Plaintiff,              :
                                    :       NOTICE OF MOTION
   -against-                        :
                                    :    MISC-16  2999
                                    :         CV
UNITED STATES OF AMERICA            :    MOTION TO EXPUNGE
            Defendant(s).           :
                                    x       IRIZARRY, CH.J.
```

PLEASE TAKE NOTICE that upon the annexed affidavit or

affirmation of ___MOHAMAD ELREDA_____, sworn to or affirmed

__NOVEMBER 30th_____, 20_16__ and upon the complaint herein,

plaintiff will move this Court, _Chief Judge Honor Dora Irizarry_, U.S.D.J.,

in room ___, United States Courthouse, Brooklyn, New York 11201,

on the ___day of _____, 20___, at _____ or as soon

thereafter as ~~counsel~~ PRO SE Plantiff can be heard, for an order pursuant to

Rule _____ of the Federal Rules of Civil Procedure granting

_MY MOTION TO EXPUNGE MY CRIMINAL CASE # 10-CR-120 (S-1)_____

_____

_____

Dated: __11/30/2016_____                        Plaintiff Pro Se

_____                              _____
                                                 Signature
                                                 MOHAMAD ELREDA
                                                 Print Name
                                                 _2373 32nd Street FL 1_
                                                 Address
                                                 ASTORIA, NY 11105
                                                 _646 420-6444_
                                                 Phone #

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X
                   :
    MOHAMAD ELREDA         :
           Plaintiff,    :
                   :
   -against-           :
                   :
  UNITED STATES OF AMERICA  :
         Defendant(s).  :
———————————————————— X

STATE OF NEW YORK     )
COUNTY OF *Queens*     ) ss.:

2016 NOV 30 PM 1:53

AFFIDAVIT AFFIRMATION

MISC 16 - 2999

CV ___-___( )

*Motion To Expunge*

**IRIZARRY, CH.J.**

    I, <u>MOHAMAD ELREDA</u>   , [being duly sworn] deposes and says

[or: make the following affirmation under the penalties of

perjury]:

    I, <u>MOHAMAD ELREDA</u>   , am the plaintiff in the above

entitled action, and respectfully move this Court to issue an
                  MR
order <u>OF *Expunge* MY CRIMINAL RECORD CASE # 10-CR-120</u>           .

The reason why I am entitled to the relief I seek is the

following: <u>After completing my sentence, I have been a productive member of society and have not been charged w any felonies</u>

<u>since that time. At this moment my current job is declining and it has been difficult to find a stable and set career because of my previous charge.</u>
                                  *Expunged MR*
<u>Therefore, I would like to request that my criminal record be ~~" "~~. I hope to find better job opportunities to be able to continue providing for</u>
 <u>my parents and my sister.</u>

    WHEREFORE, I respectfully request that the court grant the

within motion, as well as such other and further relief that may

be just and proper.

Sworn to before me this
day of *Nov 30* , 20 1*6*

_____
Notary Public

ZAKARIA A ISSA
Notary Public, State of New York
Qualified in Queens County
No. 01IS5014981
My Commission Expires 07/12/2019

_____
Signature

<u>MOHAMAD ELREDA</u>
Print Your name
Plaintiff Pro Se

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------ X

      MOHAMAD ELREDA
           Plaintiff,

    -against-

    UNITED STATES OF AMERICA
          Defendants.

------------------------------ X

FILED

2016 NOV 30  PM 1:53

Affirmation of service

MISC 16  2999

_____ CV _____ ( )

MOTION TO EXPUNGE

IRIZARRY, CH.J.

I, _____ MOHAMAD ELREDA _____, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon EXPUNGE OF MY CRIMINAL RECORD. CASE NUMBER 10-CR-120 (S-1).

whose address is: 2373 32ND STREET FLOOR 1 ASTORIA, NY 11105

Dated: 11/30/2016
      QUEENS, New York

_____
Signature

2373 32ND STREET FLOOR 1
Address

ASTORIA, NY 11105
City, State & Zip Code

646-420-6444
Telephone