2016 NOV 30 PM 1:53

11/30/2016
Mohamad Elreda
2373 32nd St Fl 1
Astoria, NY 11105

MR

MOtion to Expunge

MISC 16 2999

IRIZARRY, CH.J.

Honorable Dora Irizarry
225 Cadman plaza E,
Brooklyn, NY 11201

Dear Honor Irizarry:

This letter is a formal request to have my criminal history expunged MR. My case number is 10-CR-120 (S-1). On August 10 of 2011, I, Mohamad Elreda, was charged with Trafficking in counterfeit clothing which is a Class C felony. I was sentenced to 1 year of house arrest and 5 years of probation. As of May 30th 2016, I have completed all my responsibilities such as 200 hours of community service and my probation period.

Since my previous and only charge, I had hopes of becoming an avid member of society by leading a hard-working life. However, it has been difficult creating a set career for myself because of my criminal history. I had applied to work as a New York taxi driver but was rejected because of my criminal background. I applied to numerous jobs but was turned down. I even applied as a salesman in a car dealership in California but was turned down because of my previous offense. With my current job as a furniture salesman declining, I feel as if my job opportunities are very minimal. Therefore, I kindly ask that my criminal record be sealed and continue being a responsible member of society and leading a good example for my siblings.

I have always been the main caregiver for my elderly parents and younger siblings. By sealing my criminal record, I can continue doing so after finding a more stable and set job. I have taken steps to try and correct my previous actions. I have maintained a clean record and have not worked in the clothing business since my offense. I have hopes of working in the public transportation business in New York and with your kind help I will be able to do so. Thank you for your consideration in this matter.

Sincerely,

Mohamad Elreda

Subscribed and Sworn to before me on 11/30/2016

ZAKARIA A ISSA
Notary Public, State of New York
Qualified in Queens County
No. 01IS5014981
My Commission Expires 07/12/2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------- x

MOHAMAD ELREDA
        Plaintiff,

-against-

UNITED STATES OF AMERICA
        Defendants.

---------------------------------- x

FILED CLERK
2016 NOV 30 PM 1:53

Affirmation of Service
MISC 16 2999 CV ( )

Motion to Expunge

IRIZARRY, CH.J.

I, _____MOHAMAD ELREDA_____, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon _EXPUNGE MR OF MY CRIMINAL RECORD. CASE NUMBER 10-CR-120 (S-1)_.

whose address is: _2373 32ND STREET FLOOR 1 ASTORIA, NY 11105_

Dated: _11/30/2016_
      QUEENS, New York

_[signature]_
Signature

2373 32ND STREET FLOOR 1
Address

ASTORIA, NY 11105
City, State & Zip Code

646-420-6444
Telephone

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
――――――――――――――――――――――x
                                    :
MOHAMAD ELREDA                      :
          Plaintiff,                :
                                    :       2016 NOV 30 PM 1:53
   -against-                        :
                                    :       NOTICE OF MOTION
                                    :       MISC cv 16 2999
UNITED STATES OF AMERICA            :       Motion To Expunge
          Defendant(s).             :
――――――――――――――――――――――x             IRIZARRY, CH.J.

   PLEASE TAKE NOTICE that upon the annexed affidavit or

affirmation of __MOHAMAD ELREDA__, sworn to or affirmed

__NOVEMBER 30th__, 20_16_ and upon the complaint herein,

plaintiff will move this Court, __Chief Judge Honor Dora Irizarry__, U.S.D.J.,

in room ___, United States Courthouse, Brooklyn, New York 11201,

on the ___ day of _____, 20___, at _____ or as soon

thereafter as ~~counsel~~ PRO SE Plantiff can be heard, for an order pursuant to

Rule _____ of the Federal Rules of Civil Procedure granting

__MY MOTION TO EXPUNGE MY CRIMINAL CASE # 10-CR-120 (S-1)__

_____

_____


Dated: __11/30/2016__                    Plaintiff Pro Se
                                         [signature]
       _____                   Signature
                                         MOHAMAD ELREDA
                                         Print Name
                                         2373 32nd Street FL 1
                                         Address
                                         ASTORIA, NY 11105
                                         646 420-6444
                                         Phone #

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X

MOHAMAD ELREDA

       Plaintiff,

-against-

UNITED STATES OF AMERICA

       Defendant(s).

---------------------------------------X

AFFIDAVIT/AFFIRMATION
___CV___( )

MISC 16 2999

Motion To Expunge

IRIZARRY, CH.J.

2016 NOV 30 PM 1:53

STATE OF NEW YORK    )
COUNTY OF Queens     ) ss.:

I, __MOHAMAD ELREDA__, [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

I, __MOHAMAD ELREDA__, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order __OF Expunge MR__ __MY CRIMINAL RECORD CASE # 10-CR-120__.

The reason why I am entitled to the relief I seek is the following: __After completing my sentence, I have been a productive member of society and have not been charged w any felonies since that time. At this moment my current job is declining and it has been difficult to find a stable and set career because of my previous charge. Therefore, I would like to request that my criminal record be Expunget MR. I hope to find better job opportunities to be able to continue providing for my parents and my sister.__

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this
day of __NOV 30__, 20__16__

_____
Notary Public

ZAKARIA A ISSA
Notary Public, State of New York
Qualified in Queens County
No. 01IS5014981
My Commission Expires 07/12/2019

Signature

__MOHAMAD ELREDA__
Print Your name
Plaintiff Pro Se

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006